Michelle L. Roberts, State Bar No. 239092
E-mail: michelle@robertsdisability.com
Corinne Chandler, State Bar No. 111423
E-mail: corinne@robertsdisability.com
ROBERTS DISABILITY LAW, P.C.
66 Franklin Street, Ste. 300
Oakland, CA 94607
Telephone: (510) 230-2090
Facsimile: (510) 230-2091

Attorneys for Plaintiff,
Kristin Rhodes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN RHODES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNUM LFE INSURANCE COMPANY OF AMERICA<br><br>　　　　Defendant. | CASE NO.: 4:23-cv-3959<br><br>**COMPLAINT (ERISA)** |

Plaintiff, Kristin Rhodes, herein sets forth the allegations of her Complaint against Defendant Unum Life Insurance Company of America ("Unum").

PRELIMINARY ALLEGATIONS

1. This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves claims by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of recovering benefits under the terms of an employee benefit plan, enforcing Plaintiff's rights under the terms of an employee benefit plan, and to clarify Plaintiff's rights to future benefits under the employee benefit plan.

1. Plaintiff seeks relief, including but not limited to, payment of benefits due under her plan, prejudgment and post-judgment interest, reinstatement to the benefit plan at issue herein, and attorneys' fees and costs.

2. Venue lies in the Northern District of California pursuant to ERISA § 502(e)(2), 29 U.S.C. § 1132(e)(2), because Plaintiff resides in this District, the breaches alleged occurred in this District, and the ERISA-governed plan at issue was administered in part in this District. Venue is also proper pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred within this District.

3. At all times relevant hereto, Plaintiff was employed by Boston Consulting Group, Inc. ("BCG") as a Project Leader when she became unable to work full-time starting on or about August 13, 2019. Plaintiff returned to BCG as a Project Manager in a part-time capacity (as an independent contractor) starting on or about February 24, 2021. Then in the fall of 2021, she became a part-time salaried employee for BCG in the position of Knowledge Expert. The Project Manager and Knowledge Expert positions were less demanding and more internally focused than her position as Project Leader. At the time of her disability, Plaintiff was a participant, as defined by ERISA § 3(7), 29 U.S.C. § 1002(7), in a health and welfare benefit plan sponsored by BCG ("the Plan"), which provided, among other benefits, long term disability ("LTD") benefits. The plan's coverage of LTD benefits is insured and administered by Unum, under Policy Number 53020 ("the Policy.")

4. Unum is a licensed insurance firm headquartered in the State of Tennessee. It is a subsidiary of Unum Group. Unum offers group LTD policies in various states, including California. Unum is authorized to transact business in the Northern District of California and may be found in the Northern District of California.

5. Intradistrict Assignment – Pursuant to Civil L.R. 3-2(c) and 3-5, Plaintiff believes that this matter should be assigned to either the Oakland or San Francisco Division since Plaintiff lives in Oakland and a substantial part of the events or omissions which give rise to this action occurred in Oakland.

/ / /

FIRST CLAIM FOR RELIEF
(29 U.S.C. § 1132(a)(1)(B))
Long-Term Disability Benefits

6. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

7. Plaintiff filed a claim for LTD benefits with Unum and Unum assigned her claim as claim number 17460252.

8. Unum paid Plaintiff's benefits for a short period of time; however certain of its monthly benefits were underpaid. By letter dated November 9, 2022, Unum advised Plaintiff that it had determined that she was not entitled to benefits under the Plan and that she could perform the full-time duties of her regular occupation.

9. Plaintiff timely appealed the underpayment of her claim and the denial of her LTD benefits. Plaintiff provided documentation of the underpayment and her proof that that she suffers from ongoing physical conditions that render her disabled under the terms of the Plan.

10. By letter dated August 4, 2023, Unum upheld the wrongful decision to deny Plaintiff's LTD benefits.

11. Plaintiff has been, and continues to be, disabled and entitled to LTD benefits.

12. Plaintiff has exhausted any and all administrative remedies which may be required by ERISA or the Plan.

13. By terminating Plaintiff's LTD benefits, Unum has breached the terms of the Plan and ERISA, has failed to provide Plaintiff with a full and fair review, and has been unjustly enriched from its breach of fiduciary duty to Plaintiff.

14. Unum policy number 53020 is governed by the laws of the State of California, is subject to Cal. Ins. Code § 10110.6, and any grant of discretion therein is accordingly, void. Thus, the Court's review of Unum's decision will be *de novo*.

REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for relief against Unum as follows:

1. Payment of LTD benefits due to Plaintiff;

2. An order declaring that Plaintiff is entitled to an award of LTD benefits, and that benefits are to continue to be paid under the Plan for so long as Plaintiff remains disabled under the terms of the Plan;

3. Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

4. Payment of prejudgment and post-judgment interest as allowed for under ERISA; and

5. Such other and further relief as this Court deems just and proper.

DATED: August 7, 2023                ROBERTS DISABILITY LAW, P.C.

                                     By:   /s/Corinne Chandler
                                           Corinne Chandler
                                           Attorneys for Plaintiff,
                                           Kristin Rhodes