| | |
|---|---|
| Michelle L. Roberts, SBN 239092<br>E-mail: michelle@robertsdisability.com<br>Corinne Chandler, SBN 111423<br>E-mail: corinne@robertsdisability.com<br>**ROBERTS DISABILITY LAW, P.C.**<br>66 Franklin Street, Suite 300<br>Oakland, CA 94607<br>Telephone: (510) 230-2090<br>Facsimile: (510) 230-2091 | Robert E. Hess, SBN 178042<br>rhess@maynardnexsen.com<br>Karen T. Tsui, SBN 305869<br>ktsui@maynardnexsen.com<br>**MAYNARD NEXSEN LLP**<br>10100 Santa Monica Blvd., Suite 550<br>Los Angeles, CA 90067<br>Telephone: (213) 680-2800<br>Facsimile: (213) 614-7399 |
| Attorneys for Plaintiff,<br>KRISTIN RHODES | Attorneys for Defendant<br>UNUM LIFE INSURANCE COMPANY OF AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN RHODES,<br><br>  Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>  Defendant. | Case No. 4:23-cv-03959-JST<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |

Plaintiff Kristin Rhodes and Defendant Unum Life Insurance Company of America, by and through their respective counsel of record whose signatures appear below, hereby stipulate and request that the above-captioned action be dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated: April 19, 2024        ROBERTS DISABILITY LAW, P.C.

                 By:    */s/ Michelle L. Roberts*
                     Michelle L. Roberts
                     Attorneys for Plaintiff
                     Kristin Rhodes

Dated: April 19, 2024          MAYNARD NEXSEN LLP

*/s/ Robert Hess*
ROBERT HESS
Attorneys for Defendant
Unum Life Insurance Company of America

**FILER'S ATTESTATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 19, 2024

_____
Hon. Jon S. Tigar
United States District Court Judge